— Mr, Miss, Miii —

**Application Navigator**

### DIRECT DEPOSIT RECIPIENT

ID: N00279334  Direct Deposit Recipient: GXADIRD 9.3.31 (PROD) — Dr Damarius Renael Whitfield

- Vendor Address Type
- Address Sequence
- Bank Routing*: 256074974 — Navy Federal Credit Union
- Account Type: ☑ Accounts Payable — Payroll
- Account Number: 7050774475
- Direct Deposit Status*: Active
  - ◉ Checking
  - ○ Savings

- IAT
- ISO Country Code
- ACH Transaction
- Type
- IAT Address Type: Ovendo
- IAT Address
- Account Payable
- Sequence
- Batch ID

Activity Date 07/08/2016 12:51:55 PM  Activity User WWW2_USER

---

**U.S. BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**2025 APR 28  A 11:02**
**RECEIVED**

---

**RECEIVED**
**APR 17 2025**
**PART 41**
**NYS SUPREME COURT - CIVIL**

Case # NFCU
100633/
2024

---

Handwritten notes:

- Compare & Contrast
1. • Dates of established Consent (*90 days*)
   - Date: Account Made (7-8-16)
   Date: CPFB Account made (10-11-16) 3 months (exact)

OMB Control No. 2900-0075
Respondent Burden: 15 minutes
Expiration Date: 07/31/2027

# Department of Veterans Affairs

## STATEMENT IN SUPPORT OF CLAIM

**VA DATE STAMP** (DO NOT WRITE IN THIS SPACE)

RECEIVED
NYRO (306)
VSC/PC

2025 APR 23 P 12:18

**INSTRUCTIONS:** Before completing this form, read the Privacy Act and Respondent Burden on page 2. Use this form to submit a statement to support a claim. For more information you can contact us through Ask VA: https://ask.va.gov/, or call us toll-free at 1-800-827-1000 (TTY:711). VA forms are available at www.va.gov/vaforms. After completing the form, mail to: **Department of Veterans Affairs, Evidence Intake Center, P.O. Box 4444, Janesville, WI 53547-4444.**

### SECTION I: VETERAN/BENEFICIARY'S IDENTIFICATION INFORMATION

**NOTE:** You may complete the form online or by hand. If completed by hand, print the information requested in ink, neatly and legibly, and insert one letter per box to help expedite processing of the form.

**1. VETERAN/BENEFICIARY'S NAME (First, Middle Initial, Last)**
DEMITRIUS  R  WHITFIELD

**2. VETERAN'S SOCIAL SECURITY NUMBER**

**3. VA FILE NUMBER (If applicable)**
13119606

**4. VETERAN'S DATE OF BIRTH (MM/DD/YYYY)**
- - 1925

**5. VETERAN'S SERVICE NUMBER (If applicable)**

**6. TELEPHONE NUMBER (Include Area Code)**
347-520-2137

**7. E-MAIL ADDRESS (Optional)**

**8. MAILING ADDRESS**

### SECTION II: REMARKS
*(The following statement is made in connection with a claim for benefits in the case of the above-named veteran/beneficiary)*

At this day in time under sound thoughts; I am going to submit the Account Information for my student account at the University of District of Columbia (2016) where it will show the dates & times I created my Account with the Fin Aid department and other Documentations canbe located within the system of Veteran Affairs (Navy Federal Credit Unions) Consent letterhead stating violations committed and Sancsions; regarding relief for such violations.

RECEIVED 2025 APR 28 A 11:03 U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK

VA FORM JUL 2024 **21-4138** SUPERSEDES VA FORM 21-4138, JUN 2021.

Page 1

— Last Week —
Mr, Mrs, Mii, Mil

[Screenshot of Direct Deposit Recipient form showing:
ID: N00279334  Mr. Demetrius Raqual Whitfield
DIRECT DEPOSIT RECIPIENT
Vendor Address Type, Address Sequence
Bank Routing: 256074974
Account Number: 705074475
Account Type: Checking
Navy Federal Credit Union
Accounts Payable, 1 Payroll
Direct Deposit Status: Active
ISO Country Code, ACH Transaction, IAT Address Type, Override, IAT Address, Sequence, Account Payable, Batch ID]

Activity Date: 07/06/2016 12:51:55 PM   Activity User: WWW2_USER

100633/
2624
Case # NFCU

RECEIVED
APR 17 2025
PART 41
NYS SUPREME COURT - CIVIL

• Compare & Contrast
1. • Dates of established consent (*90 days*)
2. • Date: Account Made (7-8-16)
   Date: CPFB account Made (10-11-16) 3 months (exact)



**NYS Department of Motor Vehicles**
Visit us at dmv.ny.gov

CUSTOMER RECEIPT
INTERIM ID CARD
**IDENTIFICATION CARD**  ENH

WHITFIELD
DEMITRIUS, REQUEL
PR392267 APR 23 2025 ACS
Class *ID*
DOE ~~[redacted]~~
8.00 NYC447

U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK
2025 APR 28 A 11:04
RECEIVED

WHITFIELD
DEMITRIUS, REQUEL
345 E 146TH ST APT 1
BRONX          NY 10451

YOU HAVE DECLINED TO REGISTER TO VOTE/ALREADY REGISTERED/OR DO NOT WANT TO NOTIFY THE BOARD OF ELECTIONS OF ANY CHANGE.

PR 392267

MV-1 (1/24) PART 1

---



**NYS Department of Motor Vehicles**

INTERIM ID CARD
~~[redacted]~~0497
**IDENTIFICATION CARD**
PR392267 APR 23 2025
ACS Fee  8.00 NYC447



Visit us at dmv.ny.gov
PR 392267



**NYS Department of Motor Vehicles**

INTERIM ID CARD  ENH
~~[redacted]~~

Class ID  Restrictions NON-DRIV
Endorsements NONE
Status terminates on 12/10/28
Probation Date NONE
This document expires on 06/22/25

WHITFIELD
DEMITRIUS, REQUEL
345 E 146TH ST APT 1
BRONX          NY 10451
Sex M   Eyes BR   Ht. 5 7
Birthdate ~~[redacted]~~
Additional Restrictions NONE

Sign Here X [signature]

Keep this document until you receive your Photo Document
MV-1 (1/24) PART 2