Demitrius Whitfield

May 5, 2025

Hon. Judge Stong

Scope: Bankruptcy 341 – Brief/Update

University of District of Columbia: At this day in time I, Demitrius R. Whitfield under a sound mind will make the notation regarding acceptance and/or final agreement with UDC. As of Friday May 9, 2025, the Amnesty Program as been notified of the Inside Out State Program and will further apply the rules and regulations regarding administrative transfers and/or acceptance of any alternative routes to be applied.

Navy Federal Credit Union Account Content: As or upon the request of Judge Stong, the written or typed expression regarding an amount is as stated. To have been calculating a reasonable amount in maybe a fee able since or lumpsum. Fee able: $5,000 Lump sum: $250,000 and/or a form of line of Credit to be equivalent. NFCU Bankruptcy Index: 1 - 25 – 40003 – ESS; NYS Supreme Court Index: 100633 – 2024 NFCU Acc Num: 7050774475 NFCU Routing: As publicly noted on all platforms.

Just notating their will be a new account and routing number given to thus institution known as UDC, to considerably slam any known scams before they could catch fire.