



# U.S. Department of Justice
## Federal Bureau of Prisons
# Certificate of Completion

We present this Certificate to

*Demitrius Whitfield*

**ART PROGRAM ALL UNITS COURSE**
*Adult Continuing Education / Recreation Curriculum*

*A. DeVastey*
A. DeVastey – Education Technician
June 26th, 2022

*Instructor-led training developed by the Education Department at MDC Brooklyn*

*Instructor-led training; developed jointly by FDIC and CFPB: Money Smart For Older Adults*

*Resume Writing, Reputation Management, & Social Media: Define Yourself Before You are Defined*