Return Date: 7-16-25 Dw

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re: Demitrius R. Whitfield

2025 JUL 16 A 11: 31

NFC RECEIVED Debtor(s)
-----------------------------------------------------------x

Case No. 25-40003-ess

Chapter 7

## NOTICE OF MOTION

**PLEASE TAKE NOTICE**, a hearing will be held at the U.S. Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201-1800 before the Honorable Judge Stong, United States Bankruptcy Judge, to consider the motion for an order granting relief as follows: Change of Venues and/or Juris-diction; referencing to the original court of submission, and/or recognition of any filings before the Bankruptcy Court in a whole; Eastern or Southern.

Date of hearing: 8-19-25    Time: 10:30 Am

*Parties may appear by phone or video conference.*

*All hearings before Judge Lord are held by phone or video. Parties will receive hearing instructions after completing registration on eCourt Appearances.

**Register for Hearing:** All parties must register 2-3 days prior to hearing on eCourt Appearances at *https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl*.

**Responsive papers** shall be filed with the bankruptcy court no later than seven (7) days prior to the hearing date set forth above.

Dated: 7-16-25

Signature: [signed]
Print name: Demitrius R. Whitfield
Address: 83 Apollo St
Brooklyn, NY 11222
Phone: 347-737-0197
Email: ValorLLC@Icloud.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re: Demitrius R. Whitfield

Case No. 25-40003-ess

NFCU                     Debtor(s)         Chapter 7
-----------------------------------------------------------x

## APPLICATION IN SUPPORT OF MOTION

**TO THE HON.** Stong **, Bankruptcy Judge**

The undersigned makes this application in support of my motion for the relief stated in the Notice of Motion. In support of this motion, I hereby allege as follows:

- 28 U.S.C. § 1404 (a) or § 1406 (a)

while all requires motions to be filed

- § 706 (a); 1112 (a); 1208 (b); and/or 1307 (a)

but mentioning the same above quatexts as is

§ 1104 (a)

Wherefore, Applicant prays for an Order granting the relief requested.

Dated: 7-16-2025

Signature: [signed]

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re: Demitrics R. Whitfield

NFCU                Debtor(s)

Case No. 25-40003-ess

Chapter 7

## CERTIFICATE OF SERVICE

The undersigned certifies that on  16-2025-7  , a copy of the annexed Motion was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon *[below specify the name and mailing address of each party served]*:

Dated: 7-16-25

_____
Signature