Demitrius Whitfield

January 29, 2025

**Place:** United State Civil and Bankruptcy Court District of Columbia;

**Scope:** As this pertain to index and/or of the (Articles of Organization) Meeting the IRS Policy and Procedures; and/or Rules and Regulations for managing a business; after the first submission of Electronic Communications;

**Updated Information as of Date Regarding Business Activity;**

**Business Address: 2401 Virginia Ave Washington D.C. 20037**

**Owner of LLC:**
**Demitrius R. Whitfield**

**Name of LLC: Valor Enterprises LLC**

**Last four of SSC# 8121**

**EIN Assigned: 99-3004533**

**Start Date: June 2024**

**Closing Date: Dec 2024 - 2025**

with the Continuation; IRS Form 1128; being given as E-Sign/Signature Act (a) (b) (c) (d), 1967; and/or Template Form for insertion of Information; etc...Cir...Cir...

**Organization Jurisdiction Change**
**and/or Type of Organizational Change Date:**
**1-28-25**

**And Address**

**2401 Virginia Ave**
**Washington D.C. 20037**

**Long-Arm Statue Clause : Regarding Continuation of Valor Enterprises LLC**
**D.C. Code Subsection 13-423**

Demitrius Whitfield

April 27, 2025

Rough Draft - Final

**JUDGE PRESIDING: Moyne**

80 Centre New York, NY 10001

*Scope*: Bankruptcy Identification for Payment

*Current Deal*: Real Estate Purchase

*Property Address*: 878 Brook Ave

Bronx, New York 10451

*Representatives for Property*: Meridian Capital Group

*Representatives Address*: 950 Third Avenue
22nd Floor New York, NY 10022

*Asking Price PSF*: $25

*Offered Price PSF*: $75

*Asking Price*: 3.2 Million

*Offered Price*: 10 Million

*Purchased Price*: 4 Million

*Fraud Department Awareness and Assistance Date*: April 28, 2025

As of the date noted, we can affirm on the questioning of your capital group, weather or not you'll be ready to set up an meet and greet to go over the closing details; When, Where, How; Could be explained through an quick phone call.

Phone: 917-520-2137

Email: Demitrius.Whitfield5@icloud.com

In NYC, bail bonds are a way to secure the release of someone arrested and charged with a crime, by using a bail bond company to guarantee their appearance in court. The bail bond company charges a non-refundable fee, typically 10% of the bail amount, and may require collateral. If the defendant appears in court as required, the bail bond is discharged. If they fail to appear, the bail bond company is responsible for paying the full bail amount to the court and may pursue legal action to recover the debt. 🔗

Key aspects of bail bonds in NYC:

**Bail Bond Agents:**

These are licensed professionals who post bail on behalf of defendants in exchange for a fee. 🔗

**Service Fee:**

Bail bond agents typically charge a non-refundable fee, usually 10% of the bail amount. 🔗

**Collateral:**

Depending on the bail amount and the defendant's situation, the bail bond agent may require collateral, such as a home or other assets, to secure the bond. 🔗

**Payment Methods:**

Bail can be posted in various forms, including cash, cashier's checks, money orders, or credit/debit cards. 🔗

**Refunds:**

If the defendant is acquitted or the charges are dismissed, the bail amount is refunded, minus any applicable bail poundage (a small fee retained by the court). 🔗

**Failure to Appear:**

If the defendant does not appear in court, the bail bond agent is responsible for paying the full bail amount to the court, and they may pursue legal action to recover the debt from the defendant or the person who secured the bond, according to legal resources. 🔗

**Bail Reform:**

New York has implemented bail reform measures, which aim to reduce the use of cash bail for certain offenses, but the specific rules can be complex. 🔗

**Consumer Rights:**

Consumers have rights regarding bail bonds, including the right to information about the bail bond agent's licensing and fees.

As part of the licensing process, individuals seeking licensure as a bail agent in New York State must secure a Bail Agent License ($5,000) Bond. 🖉

## Charitable Bail Organizations:

If you are interested in a charitable bail organization certificate, there is a separate application process with the DFS.

To become a bail bondsman in New York, you need to be at least 18 years old, complete pre-licensing education, pass a licensing exam, and apply to the Department of Financial Services. You also need to obtain bail insurance and meet other requirements such as having a good moral character and no criminal convictions. 🔗

Here's a more detailed breakdown:

## 1. Meet the Minimum Requirements:

- **Age:** Be at least 18 years old.
- **Education:** Possess a high school diploma or equivalent.
- **Criminal Record:** Have no felony convictions and maintain good moral character. 🔗

## 2. Complete Pre-Licensing Education:

### Approved Course:

Enroll in and complete a bail agent training course approved by the New York State Department of Financial Services (DFS). 🔗

### Bail Agent License:

This license allows individuals to write bail bonds on behalf of an insurer. 🔗

## 3. Pass the Licensing Exam: 🔗

- **DFS Examination:** Successfully pass the written examination administered by the DFS.
- **Background Check:** Undergo and pass a background check conducted by the DFS. 🔗

## 4. Apply for a License: 🔗

- **DFS Application:** Complete the license application provided by the DFS.
- **Application Fee:** Pay the required application fee (currently $100).
- **Insurance:** Secure bail insurance or a bail agent bond. 🔗

## 5. License Renewal:

- **DFS Renewal:** Licenses must be renewed every two years. 🔗

## Additional Information:

### Bail Enforcement Agents (BEA):

If you are interested in becoming a Bail Enforcement Agent (also known as a bounty hunter), you need to meet specific requirements, including experience as a police officer or investigator, and completion of a 25-hour training course, according to the NYS Department of State. 🔗

### Bail Agent License ($5,000) Bond:

**VA** Department of Veterans Affairs

# STATEMENT IN SUPPORT OF CLAIM

VA DATE STAMP
(DO NOT WRITE IN THIS SPACE)
RECEIVED
HYRO (306)
VSC/PC
2025 JUL 23 A 10:55

**INSTRUCTIONS:** Before completing this form, read the Privacy Act and Respondent Burden on page 2. Use this form to submit a statement to support a claim. For more information you can contact us through Ask VA : https://ask.va.gov/, or call us toll-free at 1-800-827-1000 (TTY:711). VA forms are available at www.va.gov/vaforms. After completing the form, mail to: **Department of Veterans Affairs, Evidence Intake Center, P.O. Box 4444, Janesville, WI 53547-4444.**

## SECTION I: VETERAN/BENEFICIARY'S IDENTIFICATION INFORMATION

**NOTE:** You may complete the form online or by hand. If completed by hand, print the information requested in ink, neatly and legibly, and insert one letter per box to help expedite processing of the form.

1. VETERAN/BENEFICIARY'S NAME (First, Middle Initial, Last)

DEMITRIUS  R  WHITFIELD

2. VETERAN'S SOCIAL SECURITY NUMBER

3. VA FILE NUMBER (If applicable)

X 13 11 96 06

4. VETERAN'S DATE OF BIRTH (MM/DD/YYYY)

5. VETERAN'S SERVICE NUMBER (If applicable)

6. TELEPHONE NUMBER (Include Area Code)

347-737-0197

Enter International Phone Number (If applicable)

7. E-MAIL ADDRESS (Optional)

ValorLLC@icloud.com

8. MAILING ADDRESS (Number and street or rural route, P.O. Box, City, State, ZIP Code and Country)

No. & Street 83 Apollo St

Apt./Unit Number X312A   City BROOKLYN

State/Province NY   Country US   ZIP Code/Postal Code 11222-

## SECTION II: REMARKS
*(The following statement is made in connection with a claim for benefits in the case of the above-named veteran/beneficiary)*

At this day in time I, Demitrius R. Whitfield as and under a sound mind will enter the following Aquition Statement. In requrition of the Federal Rule and Statues following Goldies Gifts & Charities to Ex. (HUD - Housing Urban Develepment; the IRS Rule & Reg After in the return of such or said distributions will be fund source for Goldies Bails Bonds; (520.10)(212) or

VETERAN'S SOCIAL SECURITY NO. ☐☐☐ - ☐☐ - ☐☐☐☐

Geo Code (212) New York; Statutory Code 520; local Code 10; will explain all nessessary Identity information that he requested within the applacation process.

Submission of such Information; including EJN is enteed.

## SECTION III: DECLARATION OF INTENT

I CERTIFY THAT the statements on this form are true and correct to the best of my knowledge and belief.

| 9. SIGNATURE OF VETERAN/BENEFICIARY (Required) | 10. DATE SIGNED (MM/DD/YYYY) |
|---|---|
| *(signature)* | 0 7 - 2 3 - 2 0 2 5 |

**PENALTY:** The law provides severe penalties which include fine or imprisonment, or both, for the willful submission of any statement or evidence of a material fact, knowing it to be false.

**PRIVACY ACT INFORMATION:** The VA will not disclose information collected on this form to any source other than what has been authorized under the Privacy Act of 1974 or Title 38, Code of Federal Regulations 1.576 for routine uses (i.e., civil or criminal law enforcement, congressional communications, epidemiological or research studies, the collection of money owed to the United States, litigation in which the United States is a party or has an interest, the administration of VA Programs and delivery of VA benefits, verification of identity and status, and personnel administration) as identified in the VA system of records, 58VA21/22/28, Compensation, Pension, Education, and Veteran Readiness and Employment Records - VA, published in the Federal Register. Your obligation to respond is required to obtain or retain benefits. VA uses your SSN to identify your claim file. Providing your SSN will help ensure that your records are properly associated with your claim file. Giving us your SSN account information is voluntary. Refusal to provide your SSN by itself will not result in the denial of benefits. The VA will not deny an individual benefits for refusing to provide his or her SSN unless the disclosure of the SSN is required by Federal Statute of law in effect prior to January 1, 1975, and still in effect. The requested information is considered relevant and necessary to determine maximum benefits under the law. The responses you submit are considered confidential (38 U.S.C. 5701). Information submitted is subject to verification through computer matching programs with other agencies.

**RESPONDENT BURDEN:** An agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a currently valid OMB control Number. The OMB control number for this project is 2900-0075, and it expires 07/31/2027. Public reporting burden for this collection of information is estimated to average 15 minutes per respondent, per year, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate and any other aspect of this collection of information, including suggestions for reducing the burden to VA Reports Clearance Officer at VACOPaperworkReduAct@VA.gov. Please refer to OMB Control No. 2900-0075 in any correspondence. Do not send your completed VA Form 21-4138 to this email address.

OMB Control No. 2900-0075
Respondent Burden: 15 minutes
Expiration Date: 07/31/2027

**Department of Veterans Affairs**

## STATEMENT IN SUPPORT OF CLAIM

**VA DATE STAMP**
(DO NOT WRITE IN THIS SPACE)

NYRO (306)
VSC/PC

2025 JUL 22 A 10: 42

**INSTRUCTIONS:** Before completing this form, read the Privacy Act and Respondent Burden on page 2. Use this form to submit a statement to support a claim. For more information you can contact us through Ask VA: https://ask.va.gov/, or call us toll-free at 1-800-827-1000 (TTY:711). VA forms are available at www.va.gov/vaforms. After completing the form, mail to: **Department of Veterans Affairs, Evidence Intake Center, P.O. Box 4444, Janesville, WI 53547-4444.**

### SECTION I: VETERAN/BENEFICIARY'S IDENTIFICATION INFORMATION

**NOTE:** You may complete the form online or by hand. If completed by hand, print the information requested in ink, neatly and legibly, and insert one letter per box to help expedite processing of the form.

1. VETERAN/BENEFICIARY'S NAME (First, Middle Initial, Last)

DEMITRIUS R WHITFIELD

2. VETERAN'S SOCIAL SECURITY NUMBER

3. VA FILE NUMBER (If applicable)

X 13 11 96 06

4. VETERAN'S DATE OF BIRTH (MM/DD/YYYY)

5. VETERAN'S SERVICE NUMBER (If applicable)

6. TELEPHONE NUMBER (Include Area Code)

347 - 737 - 0197

Enter International Phone Number (If applicable)

7. E-MAIL ADDRESS (Optional)

VALORLLC@ICLOVD.COM

8. MAILING ADDRESS (Number and street or rural route, P.O. Box, City, State, ZIP Code and Country)

No. & Street: 83 Apollo St

Apt./Unit Number: X312A   City: BROOKLYN

State/Province: NY   Country: US   ZIP Code/Postal Code: 11222 -

### SECTION II: REMARKS
*(The following statement is made in connection with a claim for benefits in the case of the above-named veteran/beneficiary)*

At this day in time I, Demitrius R Whitfield under a Sound Mind will be commencing an/or verbal reprimand to my Master Accountants and/or Board panel. As stated in the verbal construction of Goldies Gifts + Charities. Demitrius R. Whitfield dbA Valor Enterprises LLC; Valor Prudential PLLC; and/or an new addition to the Corporation Departments; Goldies Gifts + Charities. Fiscal sponsers are as stated

1. NFCU   2. CPFB   3. FDIC   4. Veteran Affairs

## SECTION II: REMARKS *(Continued)*
*(The following statement is made in connection with a claim for benefits in the case of the above-named veteran/beneficiary)*

5. PNC-

Small verbal reprimands leads to a visual Impact before the form a paper is expressions; also Mentioning the (HUD) Housing Urban Developement as the selected charity to recieve substantial properties from Known enterprises, businesses, corparations, Individuals and/or Representives on no ill terms of the bylaws local laws, state laws, and/or Federal Rules & Regulations Policies & Procedures as expressed. Thank For your Cooperation.

Push -up

## SECTION III: DECLARATION OF INTENT

I CERTIFY THAT the statements on this form are true and correct to the best of my knowledge and belief.

9. SIGNATURE OF VETERAN/BENEFICIARY (Required)

10. DATE SIGNED (MM/DD/YYYY)

07 – 22 – 2025

**PENALTY:** The law provides severe penalties which include fine or imprisonment, or both, for the willful submission of any statement or evidence of a material fact, knowing it to be false.

**PRIVACY ACT INFORMATION:** The VA will not disclose information collected on this form to any source other than what has been authorized under the Privacy Act of 1974 or Title 38, Code of Federal Regulations 1.576 for routine uses (i.e., civil or criminal law enforcement, congressional communications, epidemiological or research studies, the collection of money owed to the United States, litigation in which the United States is a party or has an interest, the administration of VA Programs and delivery of VA benefits, verification of identity and status, and personnel administration) as identified in the VA system of records, 58VA21/22/28, Compensation, Pension, Education, and Veteran Readiness and Employment Records - VA, published in the Federal Register. Your obligation to respond is required to obtain or retain benefits. VA uses your SSN to identify your claim file. Providing your SSN will help ensure that your records are properly associated with your claim file. Giving us your SSN account information is voluntary. Refusal to provide your SSN by itself will not result in the denial of benefits. The VA will not deny an individual benefits for refusing to provide his or her SSN unless the disclosure of the SSN is required by Federal Statute of law in effect prior to January 1, 1975, and still in effect. The requested information is considered relevant and necessary to determine maximum benefits under the law. The responses you submit are considered confidential (38 U.S.C. 5701). Information submitted is subject to verification through computer matching programs with other agencies.

**RESPONDENT BURDEN:** An agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a currently valid OMB control Number. The OMB control number for this project is 2900-0075, and it expires 07/31/2027. Public reporting burden for this collection of information is estimated to average 15 minutes per respondent, per year, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate and any other aspect of this collection of information, including suggestions for reducing the burden to VA Reports Clearance Officer at VACOPaperworkReduAct@VA.gov. Please refer to OMB Control No. 2900-0075 in any correspondence. Do not send your completed VA Form 21-4138 to this email address.

VA FORM 21-4138, JUL 2024