CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF RECEIVED
NEW YORK    NYRO (306)
            VSC/PC
2024 SEP 28 A 10:16
2024 SEP 21 P 12:31
RECEIVED

Demitrius Whitfield

October 5, 2024

Notation for the record with requesting for recruitment: benefits of veteran affairs with pay...

Request for employment and expedited hiring application approval with open access to navy federal credit union account under the access number.

This is just a quick reminder and update of the awareness of my Veterans Administration benefits package under my father service to the United States Veterans Administration. All of the information you need or my request from me can be found under the Veterans National Benefits Office; The District Of Columbia Superior Court; And District Court. All training and educational programs can be found with the Department of Education; the Department of Justice interim system.

Demitrius Whitfield's time and services are still ongoing and ingrained into the social fabric of our community. As if it were established at a time of crisis or conflict but as things clear up we can see the emergence of a global leader and network.

Pay grades depending on time and rank within our military structure; stating for the record that rank is always given according to our own military structure. To also state we only promote from within our ranks.

## Dear Demitrius],

Are you ready to make an impact in a unique, high-profile federal law enforcement role while securing an outstanding financial future? The Supreme Court of the United States Police Department (SCUSPD) is now hiring, and we are looking for motivated individuals like you to join our elite team.

As an officer with SCUSPD, you will earn competitive federal pay, with a clear path for advancement:
- **$81,552** – Starting salary for entry-level officers
- **$89,854** – After 30 months, as a Private First Class
- **Up to $139,419** – Maximum base salary at the Private First Class rank
- **Up to $146,390** – Maximum base salary at the Corporal rank
- **Up to $157,176** – Maximum base salary at the Sergeant rank

This is your chance to join the ranks of federal law enforcement and enjoy the benefits and stability that come with serving at the highest level of government security.